STATE COMMISSION OF JUDICIAL CONDUCT
300 W. 15TH ST. STE. 415
P.O. BOX 12265
AUSTIN, TEXAS 78711-2265

MAILED 8/4/15

Attn: Please Add this to my Appeal Packet Case Number 14-15-00402-CR
8-2-15

FILED
14th COURT OF APPEALS
HOUSTON, TEXAS
AUG 06 2015
CHRISTOPHER A. PRINE
CLERK W/D

To whom This Concerns!

To start off I went to trial for Agg. Assault W/D Weapon on April 6-13, 15 Trial case number #1403752 state of Tx. vs Thomas Martin. My Co-Defendant Garrick Hastings went to trial October 21-25, 2013 Trial cause number #1403750.

I was found guilty and given 60 years with the use of false testimony. I've requested that the court appoint me an Appeal Lawyer which Judge Denise Collins of the Harris County, Texas Judicial District Court 208 has not done. She has not answered any of my hand written motions of request for an Appeal Lawyer and or motions pertaining to the trial before or after. The court has yet to send me copies of the trial transcripts so that I can file my appeal with word for word copies. In fact I had to do my Direct Appeal by memory because they have not given me copies of the transcripts and have me doing my appeal as Pro Se, again because I was not appointed an Appeal Lawyer and the due date for the Appellants Brief to be filed was July 13, 2015. This is my number one and main complaint.

Now to the trials, at both trials, Denise Collins was the Judge and Samantha Knecht was the District Attorney's Representative. So she knows that not only did Samantha Knecht with-hold evidence from the Jury, she had her witnesses lie under oath. And when one of them got caught she herself tried to lie to cover for her. She knows that Samantha Knecht flatout lied to the jury and went against her own expert testimony from Garrick Hastings trial. at closing arguments.

I sent a letter back on June 22, 2015 asking that Samantha Knecht be investigated. for her actions. I pray that you will investigate this whole process including the Judges actions or lack of during and after the trial. Everything that I've said is all in black and white from Garrick Hastings trial to my trial.

The lack of actions taken make a mockery of the Justice System and the Law.

Respectfully Submitted
Thomas R. Martin

Thomas Martin #1992628
McConnell Unit 12-C-65
3001 S. Emily
Beeville Tx. 78102

To Whom This Concerns:

    I'm writing this formal complaint against an Assistant District Attorney in Harris County, Texas, SAMANTHA KNECHT. of the 208th District Court.

    I was recently tried on trial for Agg. Assault on April 2015. Cause number #1403752, and one of my Co-Defendents GARRICK HASTINGS Cause number #1403750 was on trial Oct. 2013. also in 208th District Court.

    During my trial the District Attorney's Representative Samantha Knecht knowingly and intentionally committed unethical and illegal acts, during the court preeedings.

A) knowingly withheld evidence with the intent to hide facts from jury and the court.

B) Encouraged the prosecutions witnesses to give false testimony.

C) Knowingly lied to the court and jury, stating facts that were false, and was aware of her inaccurasies.

D) Repeatedly allowed the witnesses to purjure themselves or to contradict prior statements to police or in Garrick Hastings trial.

E) Did not submit a full and complete list of potential witnesses, then calling a witness that had not been disclosed to the defense.

    A.D.A. Samantha Knecht did not represent the interest of the state of Texas, she repeatedly acted unprofessional and in an unethical manner. She is a threat to the integrity of the District Attorney's Office, and should be reprimanded, removed, and investigated for obstruction of justice. Samantha Knecht's behavior is unacceptable and illegal.

Thomas R. Martin #1992628

3001 S. Emily

Beeville, Tx. 78102

Respectfully Submitted

Thomas R. Martin

Thomas R. Martin

RECEIVED

JUN 11 2015

Chief Disciplinary Counsel
State Bar of Texas

ES-0085-01-07

Thomas Martin #1592628
McConnell Unit
3001 S. Emily
Beeville, Tx. 78102

LEGAL MAIL

Mailed out 6-8-2015 Legal Mail

78711328787

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 JUN 2015 PM 1 L

RECEIVED

JUN 11 2015

Chief Disciplinary Counsel
State Bar of Texas

Chief Disciplinary Counsel Office
P.O. Box 13287
Austin, Tx. 78711

FOREVER USA

LEGAL MAIL